UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Elaine L. Chao, Secretary of Labor,<br>United States Department of Labor,<br>Plaintiff, | : | |
| v. | : | Civil Action 04-5692(JAP) |
| New Jersey Licensed Beverage Association, Inc., et al.,<br>Defendant. | | |

------------------------------------------------------------------------

| | | |
|---|---|---|
| Trustees of the University of Pennsylvania,<br>Plaintiff, | : | |
| v. | | Civil Action 06-1862(JAP) |
| New Jersey Licensed Beverage Association, et al.,<br>Defendant. | : | |

This matter having been raised sua sponte, and the Court finding that the above-referenced cases present common issues of fact and law (Fed. R. Civ. P. 42(a)), and in the interests of judicial economy, and counsel for all parties having been placed on notice of the Court's intention to enter an order that the cases be consolidated, and counsel having made no objection,

IT IS ON THIS 16th DAY of MAY 2006

ORDERED that Civil Action 06-1862 is hereby consolidated into Civil Action 04-5692(JAP) for all purposes; and

IT IS FURTHER ORDERED that all further filings and other submissions to the Court shall be made under Civil Action No. 04-5692 (JAP); and

IT IS FURTHER ORDERED that Civil Action No. 04-5692 (JAP) and the cases consolidated herein are hereby STAYED AND ADMINISTRATIVELY TERMINATED until further order of the Court.

S/ Joel A. Pisano, U. S. D. J.