UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ELAINE L. CHAO, Secretary of Labor, :
United States Department of Labor,
                                     :
                           Plaintiff,    Civil Action
                                     :   File No.
                v.
                                     :   04-5692 (JAP)

NEW JERSEY LICENSED BEVERAGE
ASSOCIATION, INC.; MELVIN            :
GITLER; ROBERT SCERBO; PHIL CITTA;
WILLIAM CLEARY; ROBERT MARCIANI;     :
JOSEPH ARDIRE; RICHARD BELLSHOT;
JAMES HILL; MICHAEL MARSH;
LEWIS ROTHBART; FRANK ZANOTTI;
ANN SMULEWICZ; RANDY NORMAND;        :    **ORDER ON ORAL MOTION**
MARY ROENICK, STEPHAN DI TOMASSO;
MIDLANTIC HEALTHCARE, INC.;          :
NEW JERSEY LICENSED BEVERAGE
ASSOCIATION EMPLOYEE WELFARE         :
BENEFIT PLAN;
                                     :
                           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER

WHEREAS, the following actions are related to <u>Chao v. New Jersey Licensed Beverage Association, Inc., et al.</u>, Civil Action No. 04-5692 (JAP):

<u>Professional Gastro Assoc. v. Klavrouziotis</u>
Civil Action No. 04-242 (JAP)

<u>Hackensack Radiology Group, et al. v. Taklif, et al.</u>
Civil Action No. 05-5609 (DRD)

<u>Sa-Vit Collection Agency, et al. v. Garubo, et al.</u>
Civil Action No. 05-3993 (JAP)

<u>Hospital and Doctors Service Bureau, et al v. Esposito, et al.</u>
Civil Action No. 05-4957 (JAP)

ACB Receivables Management, et al. v. Taklif, et al.
Civil Action No. 05-4179 (JAP)

Northern Jersey ENT Assoc. v. NJ Licensed Beverage Assoc., Inc. et al.
Civil Action No. 05-4178 (JAP)

IT IS HEREBY ORDERED that:

1. Civil Action No. 04-242 (JAP), Civil Action No. 05-5609 (DRD), Civil Action No. 05-3993 (JAP), Civil Action No. 05-4957 (JAP) Civil Action No. 05-4179 (JAP) and Civil Action No. 05-4178 (JAP) are consolidated into Chao v. New Jersey Licensed Beverage Association, Inc., et al., Civil Action No. 04-5692 (JAP), *for all purposes*.

2. Chao v. New Jersey Licensed Beverage Association, Inc., et al., Civil Action No. 04-5692 (JAP) shall be the lead case for consolidation purposes.

3. Civil Action No. 04-242 (JAP), Civil Action No. 05-5609 (DRD), Civil Action No. 05-3993 (JAP), Civil Action No. 05-4957 (JAP) Civil Action No. 05-4179 (JAP) and Civil Action No. 05-4178 (JAP) are stayed for all purposes until further order of the Court.

4. ~~The litigation of the Chao v. New Jersey Licensed Beverage Association, Inc., et al., Civil Action No. 04-5692 (JAP) shall continue as ordered by the Court.~~

5. The parties in Chao v. New Jersey Licensed Beverage Association, Inc., et al., Civil Action No. 04-5692 (JAP) are not required to serve copies of their motions, discovery, pleadings or any other documents upon the parties in Civil Action No. 04-242

(JAP), Civil Action No. 05-5609 (DRD), Civil Action No. 05-3993 (JAP), Civil Action No. 05-4957 (JAP) Civil Action No. 05-4179 (JAP) and Civil Action No. 05-4178 (JAP), unless so ordered by the Court.

    6. At an appropriate time, the Court will consider an application by the parties to sever <u>Chao v. New Jersey Licensed Beverage Association, Inc., et al.</u> from Civil Action No. 04-5692 (JAP) from Civil Action No. 04-242 (JAP), Civil Action No. 05-5609 (DRD), Civil Action No. 05-3993 (JAP), Civil Action No. 05-4957 (JAP) Civil Action No. 05-4179 (JAP) and Civil Action No. 05-4178 (JAP).

DATED:   Newark, New Jersey
         April 3, 2006

                                                              MADELINE COX ARLEO
                                                              United States Magistrate Judge