**WEINER LESNIAK LLP**
629 Parsippany Road
P.O. Box 438
Parsippany, New Jersey 07054-0438
Phone: (973) 403-1100    Fax: (973) 403-0010
*Attorneys for Defendants/Third-Party Plaintiffs,*
*Midlantic Healthcare, Inc. and Stephen Di Tomasso*
Our File No.: 85711

F:\WP-DATA\INS\MATTERS\85711 Motion to Approve 3rd party settlement 1-18-07 rab.doc

Return Date: February 5, 2007
9:00 a.m.

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>vs.<br><br>NEW JERSEY LICENSED BEVERAGE ASSOCIATION, INC.; MELVIN GITLER; ROBERT SCERBO; PHIL CITTA; WILLIAM CLEARY; ROBERT MARCIANI; JOSEPH ARDIRE; RICHARD BELLSHOT; JAMES HILL; MICHAEL MARSH; LEWIS ROTHBART; FRANK ZANOTTI; ANN SMULEWICZ; RANDY NORMAND; MARY ROENICK; STEPHAN DI TOMASSO; MIDLANTIC HEALTHCARE, INC.; NEW JERSEY LICENSED BEVERAGE ASSOCIATION EMPLOYEE WELFARE BENEFIT PLAN,<br><br>    Defendants.<br><br>and<br><br>STEPHAN DI TOMASSO; MIDLANTIC HEALTHCARE, INC.<br><br>    Third-Party Plaintiffs<br><br>vs.<br><br>HORIZON HEALTHCARE SYSTEMS; NATIONAL BENEFITS ADMINISTRATORS; INTERNATIONAL RISK CONSULTANTS; IMMS/STARLINE GROUP, XYZ CORPS 1-10 (said names being fictitious) and JOHN DOES 1-10 (said names being fictitious),<br><br>    Third-Party Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 04-5692 (JWB)<br><br><br>**NOTICE OF MOTION TO APPROVE THIRD-PARTY SETTLEMENT** |

To:  Louis DeBernardo, Esq.
     United States Department of Labor
     Office of the Solicitor
     201 Varick Street, Room 983
     New York, New York  10014-9528

     Richard S. Zackin, Esq.
     Gibbons, Del Deo, Dolan,
     Griffinger & Vecchione
     1 Rivervfront Plaza
     Newark, New Jersey  07102

     Adam M. Smith, Esq.
     Coughlin Duffy
     350 Mount Kemble Avenue
     P.O. Box 1917
     Morristown, New Jersey  07102

     Erik Anderson, Esq.
     Bolan, Jahnsen, Ball & Reardon
     830 Broad
     P. O. Box 7760
     Shrewsbury, New Jersey 07702

     Thomas A. Croft, Esq.
     127 Peachtree St. NE
     707 Candler Bldg.
     Atlanta, GA 30303

     Jerry A. Cuomo, Esq.
     Landman Corsi Ballaine & Ford, P.C
     One Gateway Center, 4th Floor
     Newark, New Jersey 07102-5311

     Edward S. Wardell, Esq.
     Kelley Wardell Craig Annin & Baxter, LLP
     41 Grove Street
     Haddonfield, N.J.  08033

     Beverly M. Wurth, Esq.
     Calo Agostino, PC
     14 Washington Place
     Hackensack, N.J.  07601

SIRS/MADAM:

**PLEASE TAKE NOTICE** that on Friday, February 5, 2007, at 9:00 in the forenoon, or as soon thereafter as counsel can be heard, the undersigned, attorneys for the defendants/third-party plaintiffs, Stephen Di Tomasso and Midlantic Healthcare, Inc.,

shall move this Court, located at Clarkson S. Fischer Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an Order approving the third-party settlement in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the defendants/third-party plaintiffs shall rely upon the accompanying Certification of Ronald A. Berutti.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested should the Court be inclined to hear argument on all related motions.

        WEINER LESNIAK LLP
        Attorneys for Defendants/Third-Party Plaintiffs,
        Midlantic Healthcare, Inc. and
        Stephen Di Tomasso

By: _____
        Ronald A. Berutti
        A Member of the Firm

Dated: January 19, 2007

**WEINER LESNIAK, LLP**
629 Parsippany Road
P.O. Box 438
Parsippany, New Jersey 07054-0438
Phone: (973) 403-1100    Fax: (973) 403-0010
*Attorneys for Defendants/Third-Party Plaintiffs,*
*Midlantic Healthcare, Inc. and Stephan Di Tomasso*

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>NEW JERSEY LICENSED BEVERAGE ASSOCIATION, INC.; MELVIN GITLER; ROBERT SCERBO; PHIL CITTA; WILLIAM CLEARY; ROBERT MARCIANI; JOSEPH ARDIRE; RICHARD BELLSHOT, JAMES HILL; MICHAEL MARSH; LEWIS ROTHBART; FRANK ZANOTTI, ANN SMULEWICZ, RANDY NORMAND; MARY ROENICK; STEPHAN DI TOMASSO; MIDLANTIC HEALTHCARE, INC.; NEW JERSEY LICENSED BEVERAGE ASSOCIATION EMPLOYEE WELFARE BENEFIT PLAN;<br><br>Defendants.<br><br>and<br><br>STEPHAN DI TOMASSO; MIDLANTIC HEALTHCARE, INC.<br><br>Third-Party Plaintiffs<br><br>vs.<br><br>HORIZON HEALTHCARE SYSTEMS; NATIONAL BENEFITS ADMINISTRATORS; INTERNATIONAL RISK CONSULTANTS; IMMS/STARLINE GROUP, XYZ CORPS 1-10 (said names being fictitious) and JOHN DOES 1-10 (said names being fictitious),<br><br>Third-Party Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 04-5692 (JWB)<br><br><br>**CERTIFICATION OF<br>RONALD A. BERUTTI** |

RONALD A. BERUTTI, of full age, duly declares as follows:

1. I am a member of the law firm Weiner Lesniak LLP, attorneys for the defendants/third-party plaintiffs Stephen Di Tomasso and Midlantic Healthcare, Inc. I am fully familiar with the facts set forth below. I make this Certification in support of the Notice of Motion to Approve Third Party Settlement.

2. On November 28, 2006, settlement was reached among all parties to this action. Pursuant to the settlement between Midlantic Healthcare, Inc. and the Department of Labor, Midlantic would be responsible for payment of a total of $600,000.00.

3. However, the basis for that figure was that $450,000.00 would be paid directly on behalf of Midlantic, $100,000.00 would be paid to Midlantic on behalf of third-party defendant, Horizon Healthcare Systems, and $50,000.00 would be paid to Midlantic on behalf of third-party defendant National Benefits Administrators, so that the total of $600,000.00 would be in place to pay the Department of Labor.

4. Timely payment by these third party defendants was a material consideration of the overall settlement, without which there would have been no settlement.

5. Confirmation of this is set forth in the Transcript of Settlement Conference before Honorable John J. Hughes, United States Magistrate Judge, the pertinent page of which is attached hereto as **Exhibit A**.

6. In order to memorialize the settlement, we request entry of the Order attached hereto as **Exhibit B**, which will satisfactorily lead to conclusion of the third-party matter and payment to the Department of Labor.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Ronald A. Berutti

Dated: January 19, 2007

# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


Elaine L. Chao,                  .   Docket #CV-04-5692 (JAP)
                                 .
         Plaintiff.              .
                                 .   United States Courthouse
         V.                      .   Trenton, New Jersey
                                 .   November 28, 2006
New Jersey License Beverage      .
Association, Inc., et al.,       .
                                 .
         Defendant(s).           .
                                 .
. . . . . . . . . . . . . . . . . .


           TRANSCRIPT OF SETTLEMENT CONFERENCE
         BEFORE THE HONORABLE JOHN J. HUGHES
              UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For The Plaintiff:        Louis Debenardo, Esq.
                          Office of the Solicitor
                          U.S. Department of Labor
                          201 Varick Street-Room 707
                          New York, NY 10014

                          Patricia M. Rodenhausen, Esq.
                          Regional Solicitor
                          U.S. Department of Labor
                          201 Varick Street-Room 707
                          New York, NY 10014

For The Defendant:        Richard S. Zackin, Esq.
                          Gibbons Del Deo Dolan
                          Griffinger & Vecchione, PC
                          One Riverfront Plaza
                          Newark, NJ 07102

For Starline:             Adam M. Smith, Esq.
                          Coughlin Duffy, LLP
                          350 Mount Kemble Avenue
                          Morristown, NJ 07962
```

*Writer's Cramp, Inc.*
*Certified Court Transcribers*
732-329-0191

```
For Midlantic:              Ronald A. Berutti, Esq.
                            Weiner & Lesniak, LLP
                            629 Parsippany Road
                            Parsippany, NJ 07054

For Stephan DeTimaso:       George G. Campion, Esq.
                            Weiner & Lesniak, LLP
                            629 Parsippany Road
                            Parsippany, NJ 07054

For Horizon:                Robert A. Baxter, Esq.
                            Kelley, Wardell & Craig
                            Annin & Baxter, LLP
                            41 Grove Street
                            Haddonfield, NJ 08033

For National Benefits:      Beverly M. Wurth, Esq.
Administrators, Inc.        Calo & Agostino
                            The Bank House
                            14 Washington Place
                            Hackensack, NJ 07601

Audio Operator:             Denis Glynn

Transcribing Firm:          Writer's Cramp, Inc.
                            6 Norton Rd.
                            Monmouth Jct., NJ 08852
                            732-329-0191
```

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

```
 1            MR. DEBENARDO:  One thing, Your Honor.  Could you
 2   give us a date for filing our papers, the judgment?
 3            THE COURT:  January 12th, returnable February 5th.  I
 4   think that's the date I gave Mr. Zackin, right?
 5            UNIDENTIFIED SPEAKER:  It is, Your Honor.
 6            THE COURT:  Yes, great, thank you.
 7            MR. BERUTTI:  Just a couple things, Your Honor.  The
 8   $600,000 payment is made on behalf of Midlantic, not the
 9   Midlantic Defendants.  Mr. DeTimaso is not taking
10   responsibility for any of that payment.
11            THE COURT:  Right, I understand that.
12            MR. BERUTTI:  The $600,000, although we recognize
13   that the $600,000 is coming from our client, is broken down 450
14   from Midlantic, 100 from Horizon, and 50,000 from NBA.  Those
15   amounts will be paid by Horizon and NBA in time to pay
16   Midlantic Defendants.  I think that everyone's in agreement
17   with that.  In time to pay the Department of Labor.
18        The asset affidavit issue, Midlantic -- we just need to
19   get, again, subject to client consent, just like Mr. Zackin --
20            THE COURT:  Yes, I understand.
21            MR. BERUTTI:  We don't anticipate a problem.  But if
22   there is we'll let Your Honor know, and that's it.
23            THE COURT:  Okay.  And my understanding from the
24   third-party Defendants is that you have settled with
25   third-party Plaintiffs by way of contribution to the overall
```

# EXHIBIT B

**WEINER LESNIAK LLP**
629 Parsippany Road
P.O. Box 438
Parsippany, New Jersey 07054-0438
Phone: (973) 403-1100    Fax: (973) 403-0010
*Attorneys for Defendants/Third-Party Plaintiffs,*
*Midlantic Healthcare, Inc. and Stephan Di Tomasso*
**Our File No.: 85711**

F:\WP-DATA\INS\MATTERS\85711 Order approving 3rd party settlement 1-18-07 rab.doc

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>vs.<br><br>NEW JERSEY LICENSED BEVERAGE ASSOCIATION, INC.; MELVIN GITLER; ROBERT SCERBO, PHIL CITTA; WILLIAM CLEARY; ROBERT MARCIANI; JOSEPH ARDIRE; RICHARD BELLSHOT; JAMES HILL; MICHAEL MARSH; LEWIS ROTHBART; FRANK ZANOTTI; ANN SMULEWICZ, RANDY NORMAND; MARY ROENICK; STEPHAN DI TOMASSO; MIDLANTIC HEALTHCARE, INC.; NEW JERSEY LICENSED BEVERAGE ASSOCIATION EMPLOYEE WELFARE BENEFIT PLAN,<br><br>    Defendants.<br><br>and<br><br>STEPHAN DI TOMASSO, MIDLANTIC HEALTHCARE, INC.<br><br>    Third-Party Plaintiffs<br><br>vs.<br><br>HORIZON HEALTHCARE SYSTEMS; NATIONAL BENEFITS ADMINISTRATORS, INTERNATIONAL RISK CONSULTANTS; IMMS/STARLINE GROUP, XYZ CORPS 1-10 (said names being fictitious) and JOHN DOES 1-10 (said names being fictitious),<br><br>    Third-Party Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 04-5692 (JWB)<br><br><br><br>**ORDER APPROVING SETTLEMENT OF THIRD-PARTY COMPLAINT** |

**THIS MATTER,** having been opened to the Court on Notice of Motion to Approve Third-Party Settlement filed by Weiner Lesniak LLP, attorneys for defendants/third-party plaintiffs Midlantic Healthcare, Inc. and Stephen DiTomasso, and the Court having reviewed the papers submitted in support thereof, and any submitted in opposition thereto, and having heard oral argument, and having determined said settlement to be in the best interests of all parties and the Plan Participants of the New Jersey License Beverage Association Health Benefits Plan, and for good cause shown

**IT IS ORDERED** that the third-party action against all parties filed by and on behalf of Midlantic Healthcare, Inc. and Stephen DiTomasso be, and hereby is, approved as follows:

1. At least two (2) weeks before the date on which monies become due to the Department of Labor from Midlantic Healthcare, Inc. under their Partial Consent Judgment, Horizon Healthcare, Inc. shall make payment of readily available funds in the amount of $100,000.00 to Weiner Lesniak LLP Attorney Trust Account, and National Benefits Administrators shall make payment of $50,000.00 in readily available funds to Weiner Lesniak LLP Attorney Trust Account as their full contribution toward resolution of all claims in this matter;

2. Upon clearance of the funds as aforesaid, Midlantic Healthcare, Inc. shall forward a Release to each of Horizon Healthcare, Inc. and National Benefits Administrators;

3. This Order does not become effective until entry of a Partial Consent Judgment between the Secretary of Labor, Midlantic Healthcare, Inc. and Stephen DiTomasso, and entry of a Bar Order in a form satisfactory to Midlantic Healthcare, Inc., Stephen DiTomasso, National Benefits Administrators, and Horizon Healthcare, Inc., as related to third-party actions arising from the New Jersey Licensed Beverage Association Health & Welfare Benefits Plan.

Dated: Trenton, New Jersey
       February ___, 2007

ENTER:

_____
Honorable Joel A. Pisano, J.S.C.