WEINER LESNIAK LLP
629 Parsippany Road
P.O. Box 438
Parsippany, New Jersey 07054-0438
Phone: (973) 403-1100    Fax: (973) 403-0010
*Attorneys for Defendants/Third-Party Plaintiffs,*
*Midlantic Healthcare, Inc. and Stephen Di Tomasso*
Our File No.: 85711
F:\WP-DATA\INS\MATTERS\85711 Motion to Approve 3rd party settlement 1-18-07 rab.doc

Return Date: February 5, 2007
9:00 a.m.

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>NEW JERSEY LICENSED BEVERAGE ASSOCIATION, INC.; MELVIN GITLER; ROBERT SCERBO; PHIL CITTA; WILLIAM CLEARY; ROBERT MARCIANI; JOSEPH ARDIRE; RICHARD BELLSHOT; JAMES HILL; MICHAEL MARSH; LEWIS ROTHBART; FRANK ZANOTTI; ANN SMULEWICZ; RANDY NORMAND; MARY ROENICK; STEPHAN DI TOMASSO; MIDLANTIC HEALTHCARE, INC.; NEW JERSEY LICENSED BEVERAGE ASSOCIATION EMPLOYEE WELFARE BENEFIT PLAN,<br><br>Defendants.<br><br>and<br><br>STEPHAN DI TOMASSO; MIDLANTIC HEALTHCARE, INC.<br><br>Third-Party Plaintiffs<br><br>vs.<br><br>HORIZON HEALTHCARE SYSTEMS; NATIONAL BENEFITS ADMINISTRATORS; INTERNATIONAL RISK CONSULTANTS; IMMS/STARLINE GROUP, XYZ CORPS 1-10 (said names being fictitious) and JOHN DOES 1-10 (said names being fictitious),<br><br>Third-Party Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 04-5692 (JWB)<br><br>**NOTICE OF MOTION TO APPROVE THIRD-PARTY SETTLEMENT** |

To:     Louis DeBernardo, Esq.
        United States Department of Labor
        Office of the Solicitor
        201 Varick Street, Room 983
        New York, New York  10014-9528

        Richard S. Zackin, Esq.
        Gibbons, Del Deo, Dolan,
        Griffinger & Vecchione
        1 Rivervfront Plaza
        Newark, New Jersey  07102

        Adam M. Smith, Esq.
        Coughlin Duffy
        350 Mount Kemble Avenue
        P.O. Box 1917
        Morristown, New Jersey  07102

        Erik Anderson, Esq.
        Bolan, Jahnsen, Ball & Reardon
        830 Broad
        P. O. Box 7760
        Shrewsbury, New Jersey 07702

        Thomas A. Croft, Esq.
        127 Peachtree St. NE
        707 Candler Bldg.
        Atlanta, GA 30303

        Jerry A. Cuomo, Esq.
        Landman Corsi Ballaine & Ford, P.C.
        One Gateway Center, 4th Floor
        Newark, New Jersey 07102-5311

        Edward S. Wardell, Esq.
        Kelley Wardell Craig Annin & Baxter, LLP
        41 Grove Street
        Haddonfield, N.J. 08033

        Beverly M. Wurth, Esq.
        Calo Agostino, PC
        14 Washington Place
        Hackensack, N.J. 07601

SIRS/MADAM:

**PLEASE TAKE NOTICE** that on Friday, February 5, 2007, at 9:00 in the forenoon, or as soon thereafter as counsel can be heard, the undersigned, attorneys for the defendants/third-party plaintiffs, Stephen Di Tomasso and Midlantic Healthcare, Inc.,

shall move this Court, located at Clarkson S. Fischer Federal Building and U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, for an Order approving the third-party settlement in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the defendants/third-party plaintiffs shall rely upon the accompanying Certification of Ronald A. Berutti.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested should the Court be inclined to hear argument on all related motions.

> WEINER LESNIAK LLP
> Attorneys for Defendants/Third-Party Plaintiffs,
> Midlantic Healthcare, Inc. and
> Stephen Di Tomasso
>
> By: _____
> Ronald A. Berutti
> A Member of the Firm

Dated: January 19, 2007