Louis DeBernardo, Esq.
Office of the Solicitor
U.S. Department of Labor
201 Varick Street, Room 983
New York, New York 10014
Tel.: (212) 337-2083
Fax:  (212) 337-2112
LD (7352)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
----------------------------------------------------------------
ELAINE L. CHAO, Secretary of Labor,          :
United States Department of Labor,

                                             :

                        Plaintiff,           :        Civil Action File

                                             :        No. 04-5692 (JAP)
              v.
                                             :
NEW JERSEY LICENSED BEVERAGE
ASSOCIATION, INC.; MELVIN GITLER;            :
ROBERT SCERBO; PHIL CITTA; WILLIAM
CLEARY; ROBERT MARCIANI; JOSEPH              :        **NOTICE OF**
ARDIRE; RICHARD BELLSHOT; JAMES                       **MOTION TO APPROVE**
HILL; MICHAEL MARSH; LEWIS                   :        **CONSENT JUDGMENTS**
ROTHBART; FRANK ZANOTTI; ANN                          **AND RULE 67 ORDERS AND**
SMULEWICZ; RANDY NORMAND; MARY               :        **APPOINT INDEPENDENT**
ROENICK aka MARY RAHMIG;                              **FIDUCIARY**
STEPHAN DI TOMASSO;                          :
MIDLANTIC HEALTHCARE, INC.;
NEW JERSEY LICENSED BEVERAGE                 :
ASSOCIATION EMPLOYEE WELFARE
BENEFIT PLAN,                                :

                        Defendants.          :
----------------------------------------------------------------

1

---------------------------------------------------------------

NEW JERSEY LICENSED BEVERAGE           :
ASSOCIATION, INC.; NEW JERSEY
LICENSED BEVERAGE ASSOCIATION          :
EMPLOYEE BENEFIT PLAN; MELVIN
GITLER; ROBERT SCERBO; PHIL CITTA;     :
WILLIAM CLEARY; ROBERT MARCIANI;
JOSEPH ARDIRE; RIGHARD BELLSHOT;       :
JAMES HILL; MICHAEL MARSH; LEWIS
ROTHBART; FRANK ZANOTTI; ANN           :
SMULEWICZ; RANDY NORMAND;
MARY ROENICK aka MARY RAHMIG,          :

              Third-Party Plaintiffs,          :

              v.                              :

RECREATIONAL COVERAGE                  :
ASSOCIATION, INC.; RECREATIONAL
COVERAGE ASSOCIATION OF NEW            :
JERSEY, INC.; HORIZON HEALTHCARE
SYSTEMS; NATIONAL BENEFITS             :
ADMINISTRATORS; INTERNATIONAL
RISK CONSULTANTS; IMMS/STARLINE        :
GROUP,
                                       :
              Third-Party Defendants.

---------------------------------------------------------------

STEPHAN DI TOMASSO; MIDLANTIC          :
HEALTHCARE, INC.,
                                       :
              Third-Party Plaintiffs,
                                       :
              v.
                                       :
HORIZON HEALTHCARE SYSEMS;
NATIONAL BENEFITS ADMINISTRATORS;      :
INTERNATIONAL RISK CONSULTANTS;
IMMS/STARLINE GROUP; XYZ CORPS         :
1-10 (said names being fictitious); and
JOHN DOES 1-10 (said names being fictitious)   :

              Third-Party Defendants. :

---------------------------------------------------------------

**PLEASE TAKE NOTICE** that the Plaintiff, Elaine L. Chao, the Secretary of Labor, United States Department of Labor ("the Secretary") shall move for the following relief before this Court at 10 A.M., Monday, February 5, 2007:

1. Approval of the Proposed Consent Judgment as to Defendants Midlantic Healthcare, Inc., and Stephan DiTomasso;

2. Approval of the Proposed Consent Judgment as to Defendants New Jersey Licensed Beverage Association, Inc., Melvin Gitler, Robert Scerbo, Robert Marciani, Joseph Ardire, Richard Bellshot, James Hill, Michael Marsh, Lewis Rothbart, Frank Zanotti, Ann Smulewicz, and Mary Roenick a/k/a Mary Rahmig, and the New Jersey Licensed Beverage Association Employee Welfare Benefit Plan;

3. Approval of a Deposit Order Pursuant to F.R.Civ.P. 67 as to Defendant Midlantic Healthcare, Inc;

4. Approval of a Deposit  Order Pursuant to F.R.Civ.P. 67 as to Defendants New Jersey Licensed Beverage Association, Inc., Melvin Gitler, Robert Scerbo, Robert Marciani, Joseph Ardire, Richard Bellshot, James Hill, Michael Marsh, Lewis Rothbart, Frank Zanotti, Ann Smulewicz, and Mary Roenick a/k/a Mary Rahmig; and,

5.   Approval of an Order Appointing an Independent Fiduciary for the Defendant New

Jersey Licensed Beverage Association Employee Benefit Plan.


Dated:        January 19, 2007
              New York, New York

Respectfully Submitted,

HOWARD M. RADZELY
Solicitor of Labor

BY: _____
PATRICIA M. RODENHAUSEN
Regional Solicitor

LOUIS DeBERNARDO
Senior Trial Attorney


POST OFFICE ADDRESS:

U.S. Department of Labor
Office of the Solicitor
201 Varick Street, Room 983
New York, New York 10014
Tel. (212) 337-2078
Fax (212) 337-2112

4