Richard S. Zackin (RZ-2814)
**GIBBONS PC**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
Attorneys for the New Jersey Licensed Beverage
Association Defendants/Third-Party Plaintiffs

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff<br><br>v.<br><br>NEW JERSEY LICENSED BEVERAGE ASSOCIATION, INC.; MELVIN GITLER; ROBERT SCERBO; PHIL CITTA; WILLIAM CLEARY; ROBERT MARCIANI; JOSEPH ARDIRE; RICHARD BELLSHOT; JAMES HILL; MICHAEL MARSH; LEWIS ROTHBART; FRANK ZANOTTI; ANN SMULEWICZ; RANDY NORMAND; MARY ROENICK; STEPHAN DI TOMASSO; MIDLANTIC HEALTHCARE, INC.; NEW JERSEY LICENSED BEVERAGE ASSOCIATION EMPLOYEE WELFARE BENEFIT PLAN;<br><br>Defendants.<br><br>---<br><br>NEW JERSEY LICENSED BEVERAGE ASSOCIATION, INC.; NEW JERSEY LICENSED BEVERAGE ASSOCIATION EMPLOYEE BENEFIT PLAN MELVIN GITLER; ROBERT SCERBO; PHIL CITTA; WILLIAM CLEARY; ROBERT MARCIANI; JOSEPH ARDIRE; RICHARD BELLSHOT; JAMES HILL; MICHAEL MARSH; LEWIS ROTHBART; FRANK ZANOTTI; ANN SMULEWICZ; RANDY NORMAND; MARY RAHMIG;<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>RECREATIONAL COVERAGE ASSOCIATION, INC.; RECREATIONAL COVERAGE ASSOCIATION OF NEW JERSEY, INC.; HORIZON HEALTHCARE SYSTEMS; NATIONAL BENEFITS ADMINISTRATORS; INTERNATIONAL RISK CONSULTANTS; IMMS/STARLINE GROUP; AMERICAN FIDELITY ASSURANCE,<br><br>Third-Party Defendants. | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 04-5692 (JAP)<br><br><br>**ORDER OF DISMISSAL**<br><br><br>**RECEIVED**<br><br>MAR 0 5 2008<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

#1274274 v1
104959.50901

**WHEREAS**, on February 29, the Court conducted a fairness hearing pursuant to Fed. R. Civ. P. 23(e)(1)(c) with regard to a proposed settlement in the above captioned Action; and

**WHEREAS**, the Court, for the reasons placed on the record at the fairness hearing, has entered an "Order Approving Class Action Settlement" and an "Order Barring Claims"; and

**WHEREAS**, the above-referenced Orders fully and finally resolve all of the claims, third-party claims and cross claims asserted in the within Action; and

**WHEREAS**, there is otherwise good and sufficient cause for the entry of the within Order;

**IT IS ON THIS** _3rd_ **DAY OF MARCH, 2008 ORDERED** as follows:

1.     All claims, third-party claims and cross claims in the within Action brought by any party are hereby dismissed with prejudice, each party to bear its own costs.

2.     The Court hereby retains exclusive and continuing jurisdiction as to all matters relating to the administration, consummation, enforcement and interpretation of the terms of the settlement and of this Order and as to any dispute, causes of action or claims that arise out of or are related to the settlement of this Action.

_____

John J. Hughes, U.S.M.J.

2